IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD DOWD, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC, et al.,<br><br>              Defendants. | Case No. 2:14-cv-14018-MAG-DRG<br><br>District Judge Mark A. Goldsmith<br><br>Magistrate Judge David R. Grand |

**PLAINTIFFS' MOTION FOR ORDER TO FILE OVERSIZED COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT (Dkts. 49, 50 and 52)**

Plaintiffs hereby move this Court for an Order granting Plaintiffs' request to file an oversized Combined Opposition to Defendants' Motions to Dismiss (Dkts. 49, 50 and 52). In support of this Motion, Plaintiffs state:

1. On May 28, 2015, each of the three Defendants in this action (DirectSat USA, DirecTV, LLC and Multiband Corp.) filed separate Motions to Dismiss, each 25 pages in length, for a total of 75 pages.

2. In the interests of efficiency and judicial economy, Plaintiffs propose to file a Combined Opposition to Defendants' three Motions to Dismiss totaling 32 pages in length.

3. Plaintiffs respectfully request this Court's order granting Plaintiffs a 7-page extension of this Court's 25-page limit pertaining to response briefs set

1

forth in L.R. 7.1(d)(2)(A). If granted, Plaintiffs' Combined Opposition to Defendants' three Motions to Dismiss will total no more than 32 pages.

Pursuant to Local Rule 7.1(a), the undersigned certifies that Plaintiffs' counsel has sent written requests via email to Defendants' respective counsel to inquire whether Defendants oppose this motion but did not receive any response to said emails.

Dated: June 15, 2015

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

s/George A. Hanson
George A. Hanson, *admitted PHV*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:  816-714-7100
Facsimile:   816-714-7101
Email:  hanson@stuevesiegel.com

Ryan D. O'Dell, *admitted PHV*
**STUEVE SIEGEL HANSON LLP**
500 West C Street, Suite 1750
San Diego, California 92101
Telephone:  619-400-5822
Facsimile:   619-400-5832
Email: odell@stuevesiegel.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  s/George A. Hanson
                                                  George A. Hanson
                                                  *Attorney for Plaintiffs*