# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD DOWD, et al.<br><br>                      Plaintiffs,<br>     v.<br><br>DIRECTV, INC., et al.<br><br>                      Defendants. | Case No.:  2:14-cv-14018-MAG-DRG<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK:

Please enter my appearance as counsel for Defendants Multiband Corp, DIRECTV, Inc. and DIRECTV, LLC in the above-captioned matter.

Dated:    June 23, 2015

                                      DUANE MORRIS LLP

                                      By:   */s/ Natalie Hrubos*
                                              Natalie Hrubos, Esq
                                              NHrubos@duanemorris.com
                                              1540 Broadway
                                              New York, NY 10036-4086
                                              Tel.: 212-692-1000
                                              Fax.: (212) 692-1020
                                              *Attorneys for Defendants Multiband Corp,*
                                              *DIRECTV, Inc. and DIRECTV, LLC.*

## CERTIFICATE OF SERVICE

    I, Natalie Hrubos, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon interested parties.

                                          By: */s/ Natalie Hrubos*
                                              Natalie Hrubos, Esq.

Dated:  June 23, 2015