IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONALD DOWD, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>DIRECTV, LLC, *et al.*,<br><br>          *Defendants.* | Case No. 2:14-CV-14018-MAG-DRG<br><br>District Judge Mark A. Goldsmith<br>Magistrate Judge David R. Grand |

---

**INDEX OF EXHIBITS TO DEFENDANT DIRECTSAT USA, LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

---

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Plaintiffs' Consolidated Complaint in *Hall v. DIRECTV* (D. Md.) |
| 2 | June 30, 2015 Memorandum and Order in *Hall v. DIRECTV* (D. Md.) |

Respectfully submitted:

**FOX ROTHSCHILD LLP**

/s/ Colin D. Dougherty
Colin D. Dougherty
Jonathan D. Christman
10 Sentry Parkway, Ste. 200
P.O. Box 3001
Blue Bell, PA 19422
(610) 397-6500

Eric E. Reed
2000 Market Street, 20th Floor
Philadelphia, PA  19103-3222
(215) 299-2741
ereed@foxrothschild.com

Dated:  July 6, 2015                    *Attorneys for Defendant DirectSat USA, LLC*